372 A.2d 416
Commonwealth v. Chapman, Appellant.

Submitted June 14, 1976.

Edward F. Browne, Jr., Assistant Public Defender, for appellant; Harry St. C. Garman, III, Assistant District Attorney, and D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.